UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **EDCV 16-470-MWF(KKx)**                              Date: **December 28, 2016**

Title:        Stephanie Hall -v- Central Pacific Mortgage Company

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

|  |  |
|---|---|
| Cheryl Wynn | None Present |
| Relief Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:             ATTORNEYS PRESENT FOR DEFENDANTS:
                  None                                                                              None

PROCEEDINGS (IN CHAMBERS):  ORDER TO SHOW CAUSE

Plaintiff is ordered to show cause, in writing, no later than **January 11, 2017**, why this action should not be dismissed for lack of prosecution, and/or failure to comply with a Court Order.

The Court will consider the filing of a **Proof of Service of summons and complaint upon Ocwen Mortgage Servicing, LLC (as successor and/or assign to Central Pacific Mortgage Company)** as an appropriate response to this Order to Show Cause; *see also* this Court's Order of December 5, 2016 (Docket [26]).  The proof of service shall be filed no later than **January 11, 2017.**

No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause and/or Proof of Service.  Failure to respond to the Order to Show Cause will result in the dismissal of this action.

**IT IS SO ORDERED.**