UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.** EDCV 16-470 MWF (KKx)         **Date:** February 6, 2017

**Title:** Stephanie Hall -*v*- Central Pacific Mortgage Company et al.

**Present:** The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
|---|---|
| Rita Sanchez | Not Reported |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None Present | None Present |

**Proceedings (In Chambers):** ORDER TO SHOW CAUSE

The Court is in receipt of Plaintiff's Proof of Service, filed on January 5, 2017, in response to the Court's Order to Show Cause issued on December 28, 2016. (Docket Nos. 27–28). In addition, Plaintiff has filed a Request for the Clerk to enter Default against Ocwen Loan Servicing, Inc. ("Ocwen"). (Docket No. 29).

Because Ocwen has not been made a party to this suit, the request for default was denied by the Clerk. (Docket No. 31). At this stage in the litigation, the Court is unsure whether Plaintiff would like Ocwen to be a party to this suit or not. If Plaintiff intends to have Central Pacific Mortgage Company remain the sole Defendant in this suit, the Court orders Plaintiff to respond in writing explaining how service on John E. Cassell, which proof of service was filed by Plaintiff on August 1, 2016, was adequate to serve Central Pacific Mortgage Company. Plaintiff should explain who Mr. Cassell is, and why service on him was sufficient as service upon Central Pacific, a suspended corporation.

If, on the other hand, Plaintiff would prefer Ocwen be a Defendant in this suit as well, the Court orders Plaintiff to amend the Complaint to name Ocwen as a proper Defendant. Plaintiff must then re-serve the Summons and Complaint on Ocwen.

Plaintiff is **ORDERED** to respond, in writing, to this Order no later than **February 25, 2017.**